IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FUNCTIONAL GOVERNMENT ) 
INITIATIVE, )
 )
        Plaintiffs, )
 )
v. )   No. 1:22-cv-2325-RCL
 )
INTERNAL REVENUE SERVICE, and )
UNITED STATES DEPARTMENT OF )
THE TREASURY, )
 )
        Defendants. )
 )
 )

### ORDER GRANTING DEFENDANTS' MOTION TO STAY/MODIFY PRIOR COURT ORDER

The Defendants, the Internal Revenue Service and the United States Department of the Treasury, having moved to stay and/or modify the Court's prior Order that they file "a *Vaughn* index with a supporting dispositive motion . . . within 30 days." *See* Dkt. #5. (10/20/2022);

The Defendants having shown "good cause" under Fed. R. Civ. P. 16(c) to stay/modify the Court's prior Order; and,

The Court having reviewed all pleadings and papers on file relating to this matter, including the opposition and reply memoranda; and

IT IS ORDERED that the Defendants' motion is granted. The Court's prior Order is stayed.

IT IS FURTHER ORDERED that the Court's prior Order is modified in that the parties shall file a Joint Status Report in 75 days that updates the Court with respect to proceedings in this matter.

Dated: November 28, 2022

_____
UNITED STATES DISTRICT JUDGE